# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| VINCENT A. LIBERTI, | : | Case No. 07-11148 (BLS) |
| LAURIE A. LIBERTI, | : | |
| | : | |
| Debtors. | : | |
| | : | |
| In re: | : | |
| | : | |
| VINCENT A. LIBERTI, | : | |
| LAURIE A. LIBERTI, | : | |
| | : | |
| Plaintiffs/Debtors, | : | |
| | : | |
| v. | : | Adv. No. 11-52322 (BLS) |
| | : | |
| PNC MORTGAGE SERVICES, INC. and | : | |
| PNCBANK, National Association, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of the Bankruptcy Code, the undersigned counsel hereby enters their appearances for PNC Mortgage Services, Inc. and PNC Bank, National Association (the "Defendants"), and requests that the Defendants be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following address and/or facsimile number:

> Matthew G. Summers, Esquire
> Joshua E. Zugerman, Esquire
> Ballard Spahr LLP
> 919 North Market Street, 11th Floor
> Wilmington, DE  19801-3034
> Telephone: (302) 252-4465
> Facsimile: (302) 252-4466
> Email: summersm@ballardspahr.com
>        zugermanj@ballardspahr.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Defendants' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Defendants were or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

|  |  |
|---|---|
| Dated:  November 20, 2012 | */s/ Matthew G. Summers*<br>Matthew G. Summers (No. 5533)<br>Joshua E. Zugerman, Esquire (No. 5261)<br>Ballard Spahr LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE  19801-3034<br>Phone: (302) 252-4428<br>Facsimile: (302) 252-4466<br>Email: summersm@ballardspahr.com<br>         zugermanj@ballardspahr.com<br><br>*Attorneys for Defendants PNC Mortgage Services, Inc. and PNC Bank, National Association* |